# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HUDSON VALLEY BIOMASS PROCESSORS, LLC, | : | CIVIL NO.: 3:22-CV-01698 |
| Plaintiff, | : | |
| v. | : | (Magistrate Judge Schwab) |
| THE DANIEL & HENRY CO., *et al.*, | : | |
| Defendants. | : | |

## ORDER
May 23, 2024

Upon notice to the court that the parties have settled this action, **IT IS ORDERED** that this action is dismissed without costs and without prejudice to the right of either party, upon good cause shown, to reinstate the action within 60 days if the settlement is not consummated.

*S/Susan E. Schwab*
Susan E. Schwab
United States Magistrate Judge